AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ANTOINE JEROME PRAILOW**
DOB: x/xx/xx
PDID: xxx-xxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>February 19, 2008</u> in the District of <u>COLUMBIA</u> defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, , also known as PCP, a Schedule II controlled substance.

in violation of Title <u>  21  </u> United States Code, Section(s) <u>  841(a)(1)  </u>.

I further state that I am <u>  **OFFICER REGINALD JONES**  </u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:       ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER REGINALD JONES**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____ at   <u>Washington, D.C.</u>
Date                                                                                City and State

_____         _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

**STATEMENT OF FACTS**

      On Tuesday, February 19, 2008, at about 9:30 p.m., members of the Metropolitan Police Department (MPD) Gun Recovery Unit were on patrol at the 2300 block of 11th Street, NW, Washington, DC. When officers drove past the Garfield Terrace Apartments they observed defendant Antoine Prailow running away from the parking lot to the apartments. Officers exited their vehicle and followed the defendant. An officer observed the defendant toss an item. The officer recovered the item which was a bag containing a very large bottle containing approximately 10 ounces of a clear liquid. The liquid had an odor consistent with the smell of phencyclidine, also known as "PCP." The amount of the suspected PCP was in excess of 150 grams. Officers placed the defendant under arrest.

                                      OFFICER REGINALD JONES
                                      MPD-NARCOTICS SPECIAL INVESTIGATION DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF FEBRUARY, 2008.

                                      U.S. MAGISTRATE JUDGE