# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 08-0117M(CR) |
| | : | |
| **ANTOINE J. PRAILOW,** | : | VIOLATION: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iv) |
| Defendant. | : | (Unlawful Possession With Intent to |
| | : | Distribute 100 Grams or More of |
| | : | Phencyclidine) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about February 19, 2008, within the District of Columbia, **ANTOINE J. PRAILOW** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Possession With Intent to Distribute 100 grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.