IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. : 08-072 (PLF)** |
| : | **Arraignment Date: April 2, 2008** |
| v. : | |
| : | |
| **ANTOINE PRAILOW,** : | |
| : | |
| **Defendant.** : | |
| : | |

Notice to Court of Error in Indictment and Request For Release

The United States, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the actual net weight of the substance recovered in this case is 63.1 grams, and the amount of the actual drug phencyclidine is 5.0 grams. Thus, rather than being charged pursuant to 21 U.S.C. § 841(b)(1)(B)(iv), with a maximum sentence of 40 years, the defendant should be charged on the lesser included offense of 21 U.S.C. § 841(b)(1)(D), which has a maximum term of imprisonment of not more than five years. The government will supercede the indictment prior to trial, or upon order of the Court.

As the maximum term of imprisonment is not more than five years, the government would withdraw its request for a hold. A proposed order is attached.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By: _____
        Jeff Pearlman, DC Bar # 466901
        Assistant United States Attorney
        United States Attorney's Office
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4231
        Washington, D.C. 20530
        (202) 353-2385
        jeffrey.pearlman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number | 08-072 (PLF) |
| | : | Arraignment Date: | April 2, 2008 |
| **v.** | : | | |
| | : | | |
| **ANTOINE PRAILOW,** | : | | |
| | : | | |
| **Defendant.** | : | | |
| | : | | |

ORDER

It is hereby ORDERED that the defendant in this case, Antoine Prailow, be released from the

D.C. Jail and ORDERED to appear before this Court on April 2, 2008 at 9:15AM.

_____

Judge Paul F. Friedman