IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number    08-072 (PLF) |
| | : | Arraignment Date:    April 2, 2008 |
| v. | : | |
| | : | **FILED** |
| **ANTOINE PRAILOW,** | : | |
| | : | MAR 2 8 2008 |
| Defendant. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

ORDER

It is hereby ORDERED that the defendant in this case, Antoine Prailow, be released from the D.C. Jail and ORDERED to appear before this Court on April 2, 2008 at 9:15AM.

*Paul F. Friedman*
Judge Paul F. Friedman

March 28, 2008