IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. : 08-072 (PLF)** |
| : | **Arraignment Date: Not scheduled** |
| **v.** : | |
| : | |
| **ANTOINE PRAILOW,** : | |
| : | |
| **Defendant.** : | |
| : | |

Motion to Dismiss Indictment Without Prejudice

The United States, by and through its attorney, requests that the Court dismiss the indictment issued on March 20, 2008, without prejudice. The Drug Enforcement Administration has not yet analyzed the drugs attributable to the defendant and has indicated it will require at least three weeks to do so. The government seeks to reserve the right to reindict this matter once it has the correct analysis.[1]

---

[1] On March 28, 2008, the government informed the Court that the actual net weight of the substance recovered in this case was 63.1 grams, and the amount of the actual drug phencyclidine was 5.0 grams, and that therefore the defendant should have been charged on the lesser included offense of 21 U.S.C. § 841(b)(1)(D) (Possession With Intent to Distribute Phencyclidine), instead of 21 U.S.C. § 841(b)(1)(B)(iv) (Possession With Intent to Distribute 100 grams or More of Phencyclidine). The government based this disclosure on a Drug Enforcement Administration analysis labeled LP-437; however, the government did not realize there were other separately submitted exhibits submitted to the lab with different lab identification numbers, and that LP-437 did not pertain to the narcotics seen thrown by the defendant but to other narcotics recovered from a vehicle in a related incident and not charged to the defendant.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Jeff Pearlman, DC Bar # 466901
Assistant United States Attorney
United States Attorney's Office
Federal Major Crimes Section
555 4th Street, N.W., Room 4231
Washington, D.C. 20530
(202) 353-2385
jeffrey.pearlman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number   08-072 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **ANTOINE PRAILOW,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

ORDER

It is hereby ORDERED that the indictment in this case is dismissed without prejudice.

_____
Judge Paul F. Friedman